UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80477-CV-MIDDLEBROOKS

ARMANDO ANTONIO CASTRO,

    Petitioner,

v.

BRIAN K. DOBBS, Warden,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on Magistrate Judge Lisette Reid's Report (DE 7), recommending dismissal of Petitioner Armando Antonio Castro's *pro se* petition pursuant to 28 U.S.C. §2241-43 (DE 1). No objections have been filed, and the deadline to do so has expired. Upon consideration of the Report, I agree with Judge Reid's findings and conclusions. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)    Magistrate Judge Reid's Report (DE 7) is **ADOPTED**.

(2)    Armando Antonio Castro's petition (DE 1) is **DISMISSED WITHOUT PREJUDICE**.

(3)    The Clerk of the Court shall **CLOSE THIS CASE**.

(4)    All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 18th day of November, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record;

            Armando Antonio Castro
            97595-004
            Miami FCI
            Federal Correctional Institution
            Inmate Mail/Parcels
            Post Office Box 779800
            Miami, FL 33177
            PRO SE